UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAVE BLANDINO GARCIA CORTEZ, *individually and on behalf of others similarly situated*,

*Plaintiff*,

-against-

TSG 89 CORP. (d/b/a MIDNIGHT EXPRESS DINER), GEORGE SANTIS and ALEX SANTIS

*Defendants*.

16-cv-09017-GBD

**ORDER**

GEORGE B. DANIELS, District Judge:

The parties have reached a proposed settlement in this Fair Labor Standards Act case and have submitted the agreement for approval by the Court. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3rd 199, 206 (2d Cir. 2015). Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved. Accordingly, this action is DISMISSED with prejudice.

Date: June ___, 2017   JUN 19 2017
New York, New York

GEORGE B. DANIELS
United States District Judge